**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 4:10-cv-01910 |
| | § | |
| **$15, 242.00 IN U.S. CURRENCY** | § | |
| **Defendant in rem** | § | |

**VERIFIED CLAIM AND STATEMENT OF INTEREST UNDER RULE G OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARTIME AND ASSET FORFEITURE CLAIMS**

Nobby Chipo Mambo ("Claimant") by and through his attorney of record, submits this

Verified Claim and Statement of Interest ("Claim") in and to the above-referenced

property that is the subject of this proceeding.

I.

Claimant timely files this Claim within the date prescribed on the Government's Rule G

Notice of Forfeiture and Complaint Forfeiture In Rem ("Complaint") sent to Claimaint.

II.

Claimant identifies that the $15,242.00 in United States Currencey seized from him on

May 2, 2010 at George Bush Intercontinental Airport is his personal property, which was

legally obtained in the United States and was intended for personal use abroad.

III.

Claimant herein makes his Claim and Statement of Interest to the $15,242.00 in United States Currency that was seized by United States Customs and Border Protection agents on May 2, 2010 and that it is the same United States Currency identified in the Notice of Complaint dated May 21, 2010.

Claimant's attorney signs this Claim on behalf of Claimant.  Claimant provides the requisite Verification attached to this Claim.

Respectfully submitted,

By  /s/ Nathaniel Tarlow
Nathaniel Tarlow
TBN: 24048830
17629 El Camino Real, Suite 407
Houston, TX 77058
(281) 204-8077 Tel.
(281) 218-0905 Fax

## CERTIFICATE OF SERVICE

I certify that on July 2, 2010 a true and correct copy of Defendant's Answer - General Denial was served to each person listed below by the method indicated.

_____
Nathaniel Tarlow

Albert Ratliff
Attorney for United States of America
Albert Ratliff, Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208-1129
TEL:  (713) 567 9579
FAX:  (713) 718 3300
By Personal Delivery

United States of America, as of United States of America

## **VERIFICATION**

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority, on this day personally appeared Nobby Chipo Mambo, who, being by me duly sworn, upon his oath stated that all the attached information & documents are to the best of his knowledge and are true and correct.

By: _____
Nobby Chipo Mambo

SUBSCRIBED AND SWORN TO BEFORE ME on this the <u>29th</u> day of <u>June,</u>  2010, to certify which witness my hand and official seal.

_____
Notary Public in and for the
State of Texas

SAN JUANITA RUIZ
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
11-13-2013